302 U.S. 777
 58 S.Ct. 139
 82 L.Ed. 601
 KELLOGG COMPANY, petitioner,
v.
NATIONAL BISCUIT COMPANY.*
 No. 396.
 Supreme Court of the United States
 November 8, 1937
 
 Messrs. W. H. Crichton Clarke and Edward S. Rogers, both of New York City, and Robert T. McCracken, of Philadelphia, Pa., for petitioner.
 Messrs. Thomas C. Haight, of Jersey City, N. J., David A. Reed, of Pittsburgh, Pa., and Drury W. Cooper and Charles A. Vilas, both of New York City, for respondent.
 
 
 1
 For opinion below, see (C.C.A.) 91 F.(2d) 150.
 
 
 2
 Petition for rehearing denied.
 
 
 
 *
 Motion denied 302 U.S. 654, 58 S.Ct. 280, 82 L.Ed. ——. Second petition for rehearing granted 304 U.S. 586, 58 S.Ct. 1052, 82 L.Ed. ——.